IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3029-4 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. CURRY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED,

Plaintiff's unopposed oral motion for continuance is granted and trial as to the above defendant is continued to 9:00 a.m., July 14, 2005, for a duration of two trial days before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  Jury selection will be held at commencement of trial.

Dated May 24, 2005.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge