```
                  IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3029 |
| v. | ) | |
| | ) | |
| MICHAEL J. CURRY, | ) | |
| | ) | ORDER |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

Plaintiff's motion to continue trial, filing 49, is granted and trial of this matter is continued to 9:00 a.m., October 11, 2005 for a duration two trial days before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

DATED this 8th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge