IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:05CR3029 |
| v. ) | |
| ) | MEMORANDUM AND ORDER |
| MICHAEL J. CURRY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    The U.S. Probation Office has requested that the defendant's probation be terminated early.  The government opposed the same request back in October.  I believe that even though the defendant may be an appropriate candidate for early termination of probation in other respects, to do so now would go against the plea agreement, would also go against the sentencing recommendation of the U.S. Probation Office, and would permit the defendant to engage in hunting, one of the principal reasons for the length of the probation sentence.

    IT THEREFORE HEREBY IS ORDERED,

    The letter-request of the U.S. Probation Office to terminate the defendant's probation early, considered as a motion, is denied.

    DATED this 3rd day of January, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge